UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE CALIX,<br><br>                          Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                          Respondent. | 20 Civ. 9680 (LAP)<br>13 Cr. 582 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Calix's motion (dkt. no. 8 in 20-cv-9680; dkt. no. 152 in 13-cr-582) for an extension of time to file his reply brief.

    The requested extension is GRANTED. Mr. Calix shall file any reply brief no later than May 19, 2021.

    **SO ORDERED.**

Dated:    New York, New York
              February 4, 2021

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge