```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------x
                                                :

UNITED STATES OF AMERICA           :   13 Cr. 582 (LAP)
                                              :   20 Cv. 9680 (LAP)
    -against-                            :
                                              :
ANDRE CALIX,                            :   <u>ORDER</u>
                                              :
           Defendant.          :
                                              :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Although the Court has ruled on Mr. Calix's § 2255 petition, (dkt. no. 155), it will defer ruling on the motion to reconsider. David Anders, CJA counsel on duty is appointed to represent Mr. Calix.

    The Clerk of the Court shall mail a copy of this order to Mr. Calix.

SO ORDERED.

Dated:    New York, New York
            November 8, 2023

                                          */s/ Loretta A. Preska*
                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge