# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                                    Tel: (212) 571-5500
Jeremy Schneider                                                       Fax: (212) 571-5507
Robert A. Soloway
David Stern
_____
Rachel Perillo

June 9, 2025

Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:  Calix v. United States
                     13 Cr. 582(LAP)

Dear Judge Preska:

    I write in response to the Court's order of June 2, 2025
directing me to inform Your Honor whether Mr. Calix' motion
seeking reconsideration of the Court's December 15, 2022 order
denying his motion to vacate his sentence should be deemed fully
briefed.  On June 3, 2025, I spoke with Mr. Calix via telephone.
Pursuant to that conversation the motion to vacate his sentence
should be considered to be fully briefed.

    With the Court's permission, Mr. Calix and I have agreed
that I will continue to act as his legal adviser, but Mr. Calix
will make all decisions regarding his case and file any motions
he deems appropriate after taking into account whatever advice I
provide.

    If you have any questions regarding this issue please
contact my office.

The Court approves Mr. Stern
acting as a legal adviser.  **SO
ORDERED**.

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

June 10, 2025
New York, New York

Respectfully submitted,

*David Stern*

David Stern